```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 33338
   ARTHUR JORDAN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5340

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/23/2005 and was confirmed 03/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  74.80% from remaining funds.

     The case was paid in full 10/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
CHECK INTO CASH            UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          2160.00           .00        1615.59
CITY OF CHICAGO            NOTICE ONLY      NOT FILED           .00            .00
SYSTEM CREDIT              UNSECURED        NOT FILED           .00            .00
COMCAST                    UNSECURED        NOT FILED           .00            .00
CREDIT PROTECTION          NOTICE ONLY      NOT FILED           .00            .00
CREDIT UNION 1             SECURED NOT I          .00           .00            .00
PAYDAY LOAN                UNSECURED        NOT FILED           .00            .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED           .00            .00
ILLINOIS SECRETARY OF ST   UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED OTH      215.78            .00         161.40
GLEASON & MACMASTER        DEBTOR ATTY      1,600.00                       1,600.00
TOM VAUGHN                 TRUSTEE                                           223.01
DEBTOR REFUND              REFUND                                             50.50

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              3,650.50

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     1,776.99
ADMINISTRATIVE                                1,600.00
TRUSTEE COMPENSATION                            223.01
DEBTOR REFUND                                    50.50
                    --------------          --------------
TOTALS               3,650.50                 3,650.50


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 33338 ARTHUR JORDAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/28/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```